RICHARD E. NOSKY, JR., City Attorney
State Bar No. 130726
SHELLEY L. GREEN, Deputy City Attorney
State Bar No. 161521
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333

Attorneys for Defendant
CITY OF STOCKTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM LAWSON, | ) | CASE NO. CIV.S-04-2307 LKK DAD |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING EXTENSION TO REPORT SETTLEMENT STATUS TO COURT** |
| v. | ) | |
| CITY OF STOCKTON; and DOES 1 through 50, Inclusive, | ) ) ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that the date for the parties to report the status of settlement negotiations to the court is extended from September 12, 2005, to September 30, 2005.

DATED: September 9, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE