**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
MICHELLE L. THIMESCH, Esq. (No. 140591)
JAMES A. KAESTNER, Esq. (No. 143179)
171 Front Street, Suite 102
Danville, CA 94526-3321
Direct: (925) 855-8235

WILLIAM LAWSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAWSON,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF STOCKTON; and DOES 1-50, Inclusive,<br><br>      Defendants._____/ | CASE NO. CIV. S-04-2307 LKK DAD<br>Civil Rights |

Thanks to the efforts of the Honorable Dale A. Drozd, this matter settled in all aspects at the Settlement Conference held on August 15, 2005. The settlement has been memorialized by the parties through a written agreement.

Pursuant to the terms of the settlement, plaintiff hereby requests the dismissal of the entire action with prejudice, but with the requested limitation that the Court retain jurisdiction to interpret and enforce the terms of the

////

written settlement agreement.

Dated: December 13, 2005

Thimesch Law Offices
TIMOTHY S. THIMESCH

_____
Attorneys for Plaintiff
WILLIAM LAWSON

**CONSENT AS TO FORM AND CONTENT AS TO REQUESTS:**

DATED: August 16, 2005        SHELLEY L. GREEN, ESQ.
                              CITY OF STOCKTON
                              CITY ATTORNEY'S OFFICE


                              /signature on original
                              ─────────────────────────
                              By Attorneys for Defendant
                              CITY OF STOCKTON



                              **ORDER**

    SO ORDERED.

Dated: December 13, 2005.     /s/Lawrence K. Karlton
                              HON. LAWRENCE K. KARLTON
                              Judge of U.S. District Court

Thimesch Law Offices
171 Front Street
Suite 102
Danville, CA 94526
(925) 855-8235